UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRIAN R. BEARD,

       Plaintiff,                           Case No. 1:09-cv-283

v.                                               HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/


## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for attorney fees (Dkts 19, 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 13, 2014, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff counsel's Motion for attorney fees (Dkts 19, 22) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded $6,000.00 (six-thousand dollars) in fees and costs pursuant to 42 U.S.C. § 406(b).


Dated: March 6, 2014                                            /s/Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge